| **Information to identify the case:** | |
|---|---|
| Debtor 1: AnnMarie Pereira (First Name / Middle Name / Last Name) | Social Security number or ITIN xxx–xx–7908<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): Paul E. Pereira (First Name / Middle Name / Last Name) | Social Security number or ITIN xxx–xx–8927<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number: 18–29302–KCF | |

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

AnnMarie Pereira                           Paul E. Pereira
aka Paulo Pereira

12/28/18                                   **By the court:** Kathryn C. Ferguson
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-29302-KCF
AnnMarie Pereira                                                              Chapter 7
Paul E. Pereira
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Dec 28, 2018
                                Form ID: 318             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2018.
db/jdb         AnnMarie Pereira,    Paul E. Pereira,    40 Mercury Ave,    Colonia, NJ  07067-2512
517782453     +Citibank Na/Best Buy,    Pob 6500,    Souix Falls, SD 57117-6500
517782456      Discover Bank,    502 E Market St,    Greenwood, DE  19950-9700
517782458      Loandepo.Co,    PO Box 77404,    Ewing, NJ  08628-6404
517782459      Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO  63005-1243
517782462      Santander Bank NA,    450 Penn St,    Reading, PA  19602-1011
517782454      client services/care credit,    3451 Harry S Truman Blvd,    Saint Charles, MO  63301-4047
517782461      rubin and rothman,    1787 Veterans Hwy,    Islandia, NY  11749-1500
517782464      selip & stylianou,    199 Crossways Park Dr,    Woodbury, NY  11797-2016
517782468      zwicker and ass,    1105 Laurel Oak Rd Ste 136,    Voorhees, NJ  08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2018 22:51:02      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2018 22:51:00      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
517782451      EDI: GMACFS.COM Dec 29 2018 03:38:00      Ally Financial,    200 Renaissance Ctr,
               Detroit, MI  48243-1300
517782452      E-mail/Text: jessicajones@cpcrecovery.com Dec 28 2018 22:51:18      Central porfolio control inc,
               10249 Yellow Circle Dr Ste 200,    Minnetonka, MN  55343-9111
517782455      EDI: WFNNB.COM Dec 29 2018 03:38:00      Comenitycb/bjsclub,    PO Box 182120,
               Columbus, OH  43218-2120
517782457      EDI: DISCOVER.COM Dec 29 2018 03:38:00      Discover Fin Svcs LLC,    PO Box 15316,
               Wilmington, DE  19850-5316
517782460      E-mail/Text: bankruptcyteam@quickenloans.com Dec 28 2018 22:51:11      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI  48226-1906
517782463      EDI: SEARS.COM Dec 29 2018 03:38:00      Sears/Cbna,    PO Box 6283,
               Sioux Falls, SD  57117-6283
517782465      EDI: RMSC.COM Dec 29 2018 03:38:00      Syncb/Care Credit,    C/o,    PO Box 965036,
               Orlando, FL  32896-5036
517782466      EDI: RMSC.COM Dec 29 2018 03:38:00      Syncb/Sams Club DC,    PO Box 965005,
               Orlando, FL  32896-5005
517785602     +EDI: RMSC.COM Dec 29 2018 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517782467      EDI: CITICORP.COM Dec 29 2018 03:38:00      Thd/Cbna,    PO Box 6497,
               Sioux Falls, SD  57117-6497
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2018 at the address(es) listed below:
              Edward Nathan Vaisman    on behalf of Debtor AnnMarie  Pereira defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Paul E. Pereira defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Dec 28, 2018
                              Form ID: 318               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                            TOTAL: 5