Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–29302–KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

AnnMarie Pereira
aka Paulo Pereira
40 Mercury Ave
Colonia, NJ 07067–2512

Paul E. Pereira
40 Mercury Ave
Colonia, NJ 07067–2512

Social Security No.:
  xxx–xx–7908                        xxx–xx–8927

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 11, 2019                Kathryn C. Ferguson
                                            Judge, United States Bankruptcy Court